## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

JAMAR DANTE' BOLDING,     )
                             )
     Plaintiff,       )
v.                          )        Civil Action No. 3:11CV105–HEH
                             )
VIRGINIA BEACH          )
CORRECTIONAL CENTER, *et al.*,  )
                             )
     Defendants.     )

### FINAL ORDER
### (Adopting Report and Recommendation and Dismissing § 1983 Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that: the Report and Recommendation is ACCEPTED and ADOPTED;

Plaintiff's claims are DISMISSED WITHOUT PREJUDICE; the action is DISMISSED;

and the Clerk is DIRECTED to note the disposition of the action for purposes of 28

U.S.C. § 1915(g).

Should Plaintiff desire to appeal, a written notice of appeal must be filed with the

Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a

notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to

Plaintiff.

And it is so ORDERED.

                                        /s/
                                HENRY E. HUDSON
Date: Apr. 24 2012              UNITED STATES DISTRICT JUDGE
Richmond, Virginia